No. 11–9760.  DWORNICZAK v. CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 11–9763.  DOSS v. TEXAS.  Ct. App. Tex., 12th Dist.  Certiorari denied.

No. 11–9769.  BOONE v. MACLAREN, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 11–9773.  WHITLEY v. SCISM, WARDEN.  C. A. 4th Cir.  Certiorari denied.

No. 11–9778.  BROWN v. MICHIGAN DEPARTMENT OF CORRECTIONS ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 11–9807.  BUTLER v. MITCHELL, SUPERINTENDENT, OLD COLONY CORRECTIONAL CENTER.  C. A. 1st Cir.  Certiorari denied.

No. 11–9815.  COOKE v. CLARKE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.  C. A. 4th Cir.  Certiorari denied.

No. 11–9816.  TIPPENS v. VIRGINIA.  Sup. Ct. Va.  Certiorari denied.

No. 11–9821.  MARTIN v. HARTLEY, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 11–9827.  EBEH v. MEADOW BURKE PRODUCTS ET AL.  Dist. Ct. App. Fla., 1st Dist.  Certiorari denied.

No. 11–9851.  KING v. FLORIDA PAROLE COMMISSION ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 11–9852.  JAMIL v. MCQUIGGIN, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 11–9855.  NOBLE v. SCRIBNER, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 11–9858.  MCCUNE v. LUDWICK, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 11–9864.  HUYNH v. EXECUTIVE COMMITTEE OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS.  C. A. 7th Cir.  Certiorari denied.